## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MENTAL HEALTH ASSOCIATION OF SOUTHEASTERN PENNSYLVANIA,

        Respondent

        v.

THOMAS A. BIGGINS,

        Petitioner

: No. 191 MAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.